UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

LUCELIA JARCIANA FELIX DA SILVA,

    Defendant.
_____/

Case: 2:22-cr-20471
Assigned To : Goldsmith, Mark A.
Referral Judge: Altman, Kimberly G.
Assign. Date : 9/12/2022
Description: INFO USA V. DA SILVA
(KB)

VIOLATION: 8 U.S.C. § 1325(a)(1)

# **INFORMATION**

THE UNITED STATES ATTORNEY CHARGES:

**COUNT ONE: (Unlawful Entry – 8 U.S.C. § 1325(a)(1))**

On or about August 20, 2022, in the Eastern District of Michigan, the defendant, LUCELIA JARCIANA FELIX DA SILVA, an alien, did attempt to enter and did enter the United States at a time and place other than as designated by immigration officers, to wit: the defendant was smuggled by watercraft across St. Clair River into the United States and disembarked at a location that is not a designated port-of-entry; all in violation of Title 8, United States Code, Section 1325(a)(1).

Dawn N. Ison
United States Attorney

s/Jonathan Goulding (MA 664444)
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226
(313) 226-9742
Jonathan.Goulding@usdoj.gov

Dated: September 12, 2022

| United States District Court<br>Eastern District of Michigan | **Criminal Case Cover Sheet** | Case Number |
|---|---|---|

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accurately in all respects.

| **Companion Case Information** | **Companion Case Number:** |
|---|---|
| This may be a companion case based upon **LCrR 57.10 (b)(4)**[1]: | **Judge Assigned:** |
| ☐ Yes   ☒ No | **AUSA's Initials:** _JG_ |

**Case Title:** USA v. Lucelia Jarciana Felix Da Silva

**County where offense occurred:** St. Clair

**Check One:**   ☒ Felony   ☐ Misdemeanor   ☐ Petty

___ Indictment/ ___ Information --- **no** prior complaint.
___ Indictment/ ✓ Information --- based upon prior complaint [Case number: 22-mj-30372 ]
___ Indictment/ ___ Information --- based upon LCrR 57.10 (d) *[Complete Superseding section below]*.

## Superseding Case Information

**Superseding to Case No:** _____   **Judge:** _____

☐ Corrects errors; no additional charges or defendants.
☐ Involves, for plea purposes, different charges or adds counts.
☐ Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|

Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.

September 12, 2022
Date

_Jonathan Goulding_
Jonathan Goulding
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226-3277
Phone: (313) 226-9742
Fax:
E-Mail address: Jonathan.Goulding@usdoj.gov
Attorney Bar #: MA 664444

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, or (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.